UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN R. VAZQUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E. CONANNAN, et al.,<br><br>　　　　　Defendants. | No. 1:19-cv-00045-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 16) |

Plaintiff Juan R. Vazquez is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 7, 2019, the magistrate judge screened plaintiff's first amended complaint and granted plaintiff leave to file a second amended complaint or to notify the court within thirty days of his intent to proceed on the cognizable Eighth Amendment claim against defendants Conannan, Silveira, Kamen, Siegrist, Hitchman and Vanblargen. (Doc. No. 14.) On April 10, 2019, plaintiff notified the court that he does not intend to file a second amended complaint and wished to proceed on the claim found cognizable. (Doc. No. 15.) Therefore, on April 11, 2019, the assigned magistrate judge issued findings and recommendations recommending that defendant I. Mathos be dismissed and that plaintiff's request for declaratory relief be denied as

1

unnecessary. (Doc. No. 16.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days. (*Id.* at 2.)

On May 8, 2019, plaintiff filed objections to the findings and recommendations. (Doc. No. 18.) Therein, plaintiff states that he has no objections to the magistrate judge's recommendation that plaintiff's request for declaratory relief be denied, provided that the denial of such request does not forfeit plaintiff's right to seek damages from defendants should plaintiff prevail at trial. (*Id.* at 1.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on April 11, 2019 (Doc. No. 16) are adopted in full;
2. Defendant I. Mathos is dismissed from this action and plaintiff's request for declaratory relief is denied; and
3. The matter is referred back to the magistrate judge for initiation of service of process.

IT IS SO ORDERED.

Dated: **June 14, 2019**

UNITED STATES DISTRICT JUDGE