# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN R. VAZQUEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>E. CONANNAN, et.al.,<br><br>  Defendants. | Case No.: 1:19-cv-00045-DAD-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S SECOND AMENDED COMPLAINT LODGED ON NOVEMBER 27, 2019, FOR FAILURE TO COMPLY WITH FEDERAL RULE OF CIVIL PROCEDURE 15<br><br>[ECF No. 29] |

Plaintiff Juan R. Vazquez is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 1, 2019, the Court issued the discovery and scheduling order. (ECF N0. 28.)

On November 27, 2019, Plaintiff submitted a second amended complaint, without an accompanying and necessary motion to amend. Accordingly, it is HEREBY ORDERED that Plaintiff's third amended complaint lodged on November 19, 2019, is STRICKEN from the record for failure to comply with Rule 15 of the Federal Rules of Civil Procedure. Plaintiff is advised that if he is seeking to amend the complaint to delete reference to Defendant I. Mathos, amendment is not necessary as this Defendant was dismissed from the action on June 18, 2019. (ECF No. 20.)

IT IS SO ORDERED.

Dated: **December 2, 2019**

UNITED STATES MAGISTRATE JUDGE

1