UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN R. VAZQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. CONANNAN, et.al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00045-DAD-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION<br><br>(ECF No. 50) |

Plaintiff Juan R. Vazquez is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's third motion for an extension of time to file an opposition to Defendants' motion for summary judgment, filed November 12, 2020.

Good cause having been presented, it is HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order to file an opposition.

IT IS SO ORDERED.

Dated: __November 13, 2020__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1